In the Matter of the Application of THE NEW YORK, LACKA-
WANNA AND WESTERN RAILWAY COMPANY, Respondent,
to Appraise Lands of ABRAM M. CHESBROUGH et al.,
Appellants.

(Argued October 7, 1889; decided October 22, 1889.)

APPEAL from order of the General Term of the Supreme
Court in the fifth judicial department, made March 26, 1889,
which affirmed orders of Special Term, denying motion to set
aside orders appointing commissioners and confirming the
report of such commissioners.

*E. Countryman* for appellants.

*Franklin D. Locke* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

LIZZIE H. CLARK, Respondent, *v.* MARVIN R. CLARK,
Appellant.

(Submitted October 7, 1889; decided October 22, 1889.)

APPEAL from order of the General Term of the Court of
Common Pleas for the city and county of New York, made
March 8, 1889, which affirmed orders of the Special Term,
adjudging defendant in contempt, and directing him to pay
certain sums allowed for alimony and counsel fees.

*Edward P. Wilder* for appellant.

*T. B. Wakeman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.